**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31167/1328019755

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Clifton Pruitt III and Nicole Pruitt<br>    Debtors.<br>_____<br>U.S. Bank National Association, as trustee on behalf of New Century Alternative Mortgage Loan Trust 2006-ALT2<br>    Movant,<br>  vs.<br><br>Clifton Pruitt III and Nicole Pruitt, Debtors, Anthony H. Mason, Trustee.<br><br>    Respondents. | No. 2:09-BK-31234-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 19, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as trustee on behalf of New Century Alternative Mortgage Loan Trust 2006-ALT2 is the current beneficiary and Clifton Pruitt III and Nicole Pruitt have an interest in, further described as:

> Lot 37, STARAIR ESTATES, according to Book 134 of Maps, page 18, records of Maricopa County, Arizona.
>
> EXCEPT an undivided 1/16th of all oil, gases and other hydrocarbon substances, coal, stoen, metals, minerals, fossils and fertilizer of every name and description and except all uranium, thrium, or any other material which is or may be determined by the law of the State of Arizona, the United States of America, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Section 37-231 Arizona Revised Statutes.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

                                                               JUDGE OF THE U.S. BANKRUPTCY COURT